| STATE OF LOUISIANA | NO. 25-K-353 |
|---|---|
| VERSUS | FIFTH CIRCUIT |
| DONALD WARDEN | COURT OF APPEAL |
| | STATE OF LOUISIANA |

August 18, 2025

Susan Buchholz
Chief Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Jude G. Gravois,
Marc E. Johnson, and Scott U. Schlegel

### DENIED WITHOUT REASONS

**JGG**
**SUS**

### DISSENTS IN PART WITH REASONS

**MEJ**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
Chief Deputy, Clerk of Court

| STATE OF LOUISIANA | NO. 25-K-353 |
|---|---|
| VERSUS | FIFTH CIRCUIT |
| DONALD WARDEN | COURT OF APPEAL |
|  | STATE OF LOUISIANA |

## JOHNSON, J., DISSENTS IN PART WITH REASONS

I would grant the rehearing for the limited purpose of reviewing, on briefs only, the merits of the whether the trial court abused its discretion by excluding the text messages between the victims' grandmother and their mother. In all other respects, I agree that the application for rehearing should be denied.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **08/18/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**25-K-353**

### E-NOTIFIED

Steven F. Griffith, Sr. (Relator)

### MAILED

Louis G. Authement (Respondent)
Attorney at Law
13919 River Road
Suite 300
Luling, LA 70070

Honorable Joel T. Chaisson, II
(Respondent)
Payal Patel (Respondent)
Assistant District Attorney
Twenty-Ninth Judicial District Court
Post Office Box 680
Hahnville, LA 70057